eral *Hughes,* and *Messrs. John Henry McEvers* and *Mahlon D. Kiefer,* for petitioners. *Mr. Charles Dickerman Williams* for Galeno Chemical Company et al. and D. P. Paul & Company; and *Mr. Lewis Landes* for W. H. Long & Co.

No. 452. RICHBOURG MOTOR Co. *v.* UNITED STATES. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Joseph G. Myerson* and *R. R. Williams* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 457. ALPHA STEAMSHIP CORP'N, ET AL. *v.* CAIN. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Carver W. Wolfe* for petitioners. *Mr. Melville J. France* for respondent.

No. 462. LUCAS, COMMISSIONER OF INTERNAL REVENUE *v.* REED. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Hughes* for petitioner. *Mr. Maynard Teall* for respondent.

No. 463. JACKSON *v.* UNITED STATES. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Thomas Amory Lee* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. W. Clifton Stone* for the United States.